UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Chikezie Chikanele Isika,

Plaintiff,

vs. ORDER

Steven Van Hoof,

Defendant. Civ. No. 01-13 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, it is --

ORDERED:

That the Plaintiff's Application to Proceed <u>in forma pauperis</u> [Docket No. 2] is denied.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: Jany 31, 2001
At St. Paul, Minnesota

FILED JAN 31 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK