**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CHIKEZIE CHIKANELE ISIKA,

Plaintiff,

v.

STEVEN VAN HOOF, Assistant District Attorney, Marathon County, Wausau, Wisconsin,

Defendant.

Civil No. 01-13 (DWF/RLE)

**ORDER OF DISMISSAL**

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, for failure to prosecute.

Dated: March 5, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 05 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials VEM

(6)